■ CATHERINE SEUS, Respondent, v L & S VEGETABLE DISTRIBUTORS, INC., Appellant.—In a negligence action to recover damages for personal injuries, defendant appeals from an interlocutory judgment of the Supreme Court, Suffolk County, entered November 18, 1974, in favor of plaintiff on the issue of liability, upon a jury verdict, at a trial limited to that issue. Interlocutory Judgment affirmed, with costs. The verdict was not against the weight of the evidence and the trial court's charge to the jury was not deficient. Hopkins, Acting P. J., Cohalan, Christ, Brennan and Munder, JJ., concur.

■ TING REALTY CORP. et al., Respondents, v UNITED WELFARE FUND et al., Defendants, and CHARLES SUTTON et al., Appellants.—In an action *inter alia* to recover damages for fraud and usury, defendants Sutton and Poll appeal from an order of the Supreme Court, Kings County, dated June 7, 1974, which denied their motion *inter alia* to dismiss the second amended complaint. Order affirmed, with $50 costs and disbursements. Appellants' time to answer is extended until 20 days after entry of the order to be made hereon. In our opinion, the second amended complaint adequately and fairly sets forth causes of action to which appellants can respond. Rabin, Acting P. J., Hopkins, Martuscello, Brennan and Munder, JJ., concur.